# EXHIBIT B

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ELECTRONICALLY FILED
2020 Mar 25 2:53 PM
CLERK OF COURT

## SUMMONS IN CIVIL ACTION

☒ Lawsuit
☐ Divorce

Docket No. CT-1329-20

Ad Damnum $ _____

| Plaintiff(s) | VS | Defendant(s) |
|---|---|---|
| April Heard and as Parent ad Next Friend of ▓▓▓▓▓▓▓, a minor | | Monique Thomas individually and Shelby County Schools a/k/a Shelby County Board of Education. |

Plaintiff(s) (901) 603-3390

FILED
MAY 04 2020
CIRCUIT COURT CLERK
BY _____, D.C.

TO: (Name and Address of Defendant (One defendant per summons))

Shelby County Schools
a/k/a Shelby County Board of Education
c/o Superintendent Joris Ray
160 S. Hollywood Street
Memphis, TN 38112

Method of Service:
☐ Certified Mail
☐ Shelby County Sheriff
☐ Commissioner of Insurance ($)
☐ Secretary of State ($)
☐ Other TN County Sheriff ($)
☒ Private Process Server
☐ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on James E. King Jr., Eskins, King, & Marney P.C.   Plaintiff's attorney, whose address is 200 Jefferson Ave., Suite 1510, Memphis, TN 38103

telephone (901) 578-6902   within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

TEMIIKA D. GIPSON, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____ By _____, D.C.

### TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, TEMIIKA D. GIPSON / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this _____ 20__

TEMIIKA D. GIPSON, Clerk / W. AARON HALL, Clerk and Master   By: _____, D.C.

### RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the 17th day of April, 20 20 at 10:13 A.M. a copy of the summons and a copy of the Complaint to the following Defendant By serving Kenneth Walker Attorney Shelby County Schools at 160 S. Hollywood St, Memphis, TN, 38112

_____
Signature of person accepting service

By: R. Dortch PPS#B-900
~~Sheriff or~~ other authorized person to serve process

### RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:** APRIL HEARD VS MONIQUE THOMAS

**Case Number:** CT-1329-20

**Type:** SUMMONS ISSD TO MISC

*Kathryn Howard*

Kathryn Howard, DC

Electronically signed on 03/25/2020 03:06:35 PM

Progressive Process Service
P.O. Box 343058 - Bartlett, TN 38184
Phone: 901-388-7113 - Email: progressivepsi@hotmail.com

# AFFIDAVIT OF SERVICE

I, Randy Dortch, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

**Plaintiff:** April Heard and as Parent and Next Friend of ▮▮▮ a minor

**Defendant:** Monique Thomas individually and Shelby County Schools aka Shelby County Board of Education

**DOCKET#:** CT132920

**Court Date/Time:** /

**DOCUMENTS:** Summons & Complaint

**DATE OF SERVICE:** 4/17/2020

**TIME SERVED:** 10:13 AM

**ADDRESS OF SERVICE:** 160 S Hollywood St, Memphis, TN 38112

**SERVED TO:** Shelby County Schools aka Shelby County Board of Education by serving Kenneth Walker, General Counsel

I have served said document(s) in compliance with all the laws of the State of Tennessee and the rules of the courts.

Randy Dortch, Private Process Server

Sworn and subscribed before me this date: 4/20/2020     My commission expires: 11-26-23

L. Harrison

