IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

APRIL HEARD, and as Parent
and Next Friend of D.H., a minor,

    Plaintiffs,

v.                                                        No. 2:20-cv-2335-MSN-cgc

MONIQUE THOMAS individually and
SHELBY COUNTY SCHOOLS a/k/a
SHELBY COUNTY BOARD OF
EDUCATION,

    Defendants.

## JUDGMENT AS TO DEFENDANT SHELBY COUNTY BOARD OF EDUCATION

**JUDGMENT BY COURT.** This action came before the Court on Defendant Shelby County Board of Education's Notice of Removal (ECF No. 1), filed May 8, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Dismiss and Denying Plaintiff's Motion for Leave to Amend Complaint (ECF No. 13), filed August 14, 2020, this matter is hereby **DISMISSED WITH PREJUDICE** as to Defendant Shelby County Board of Education.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 14, 2020
Date