**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

ELECTRONICALLY FILED
2020 Mar 25 2:53 PM
CLERK OF COURT

## SUMMONS IN CIVIL ACTION

◉ Lawsuit
○ Divorce

Docket No. CT-1329-20

Ad Damnum $ JUN 25 2020

| April Heard and as Parent ad Next Friend of ▮▮▮, a minor | VS | Monique Thomas individually and CLERK County Schools a/k/a Shelby County Board C. of Education. |
|---|---|---|

Plaintiff(s)      Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

Monique Thomas
4080 Kirby Parkway
Memphis, TN 38115

Method of Service:
○ Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance ($)
○ Secretary of State ($)
○ Other TN County Sheriff ($)
◉ Private Process Server
○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on James E. King Jr., Eskins , King, & Marney P.C. Plaintiff's

attorney, whose address is 200 Jefferson Ave., Suite 1510, Memphis, TN 38103

telephone (901) 578-6902    within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

TEMIIKA D. GIPSON, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____ By _____ , D.C.

**TO THE DEFENDANT:**

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, TEMIIKA D. GIPSON / W. AARON HALL , Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

TEMIIKA D. GIPSON , Clerk / W. AARON HALL, Clerk and Master    By: _____ , D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____ , 20_____ at _____M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____           By: _____
Signature of person accepting service                        Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant  monique Thomas

because Defendant _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): Could not be found at the address provided

This 18 day of April , 20 10.

By: _____
~~Sheriff~~ or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**        APRIL HEARD VS MONIQUE THOMAS

**Case Number:**        CT-1329-20

**Type:**        SUMMONS ISSD TO MISC

Kathryn Howard, DC

Electronically signed on 03/25/2020 03:06:35 PM

Progressive Process Service

P.O. Box 343058 - Bartlett, TN 38184

Phone: 901-388-7113 - Email: progressivepsi@hotmail.com

# **AFFIDAVIT OF NON SERVICE**

I, Scott Sullivan, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

**Plaintiff:** April Heard and as Parent and Next Friend of ▮▮▮▮▮▮▮ a minor

**Defendant:** Monique Thomas individually and Shelby County Schools aka Shelby County Board of Education

**DOCKET#:** CT132920

**DOCUMENTS:** Summons; Complaint

**DATE OF NON SERVICE:** 4/18/2020

**After Diligent Search and Inquiry, the Defendant is NOT TO BE FOUND In my county.**

**ADDRESS OF NON SERVICE:** 4080 Kirby Parkway , Memphis, TN 38115

**PERSON NOT SERVED:** Monique Thomas- NTBF

I NON-SERVED the documents mentioned above for the reasons listed below:
This is a school. They are closed due to COVID-19

I have not served said document(s) in compliance with all the laws of the State of Tennessee and the rules of the courts.

Scott Sullivan, Private Process Server

Sworn and subscribed before me this date: 4/23/2020

My commission expires: 11-26-23

L. Harrison

