UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: | Case title: |
|---|---|
| Plaintiff counsel: | |
| Defendant counsel: | |
| Presiding Judge: | Mediator: |

I, _____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _____.

As a result of that mediation held on _____.

☐   The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☐   The case has not settled.

  ☐ Mediation will continue on _____.

  ☐ The parties may schedule another session at a later date.

  ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| James E. King, Jr.<br>Eskins, King & Marney<br>200 Jefferson, Suite 1510<br>Memphis, TN 38103 | Jamie Morton<br>Shelby County Board of Education<br>160 South Holloywood Street, Room 218<br>Memphis, TN 38112 |
|---|---|
| Date | Electronic signature of Mediator:<br><br>s/ John R. Cannon, Jr. |