# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

**APRIL HEARD, and as Parent and Next Friend of D.H., a minor,**

    **Plaintiffs,**

**vs.**                                                      **Case No.: 2:20-cv-2335-MSN-cgc**

**MONIQUE THOMAS, individually,**

    **Defendant.**

## NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(e)(1), notice is hereby given that counsel for Defendant Monique Thomas served a copy of Defendant's First Supplemental Disclosures upon Plaintiffs' counsel via U.S. Mail and email on this 22nd day of September 2021.

James E. King, Jr.
200 Jefferson, Suite 1510
Memphis, TN 38103
jking@eskinsking.com
*Counsel for Plaintiff*

                                                                    /s/ Jamie L. Morton
                                                                      Jamie L. Morton