# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| APRIL HEARD, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 20-2335-MSN |
| ) | |
| MONIQUE THOMAS, ) | |
|    Defendant. ) | |

## ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The Clerk's Office is directed to pay for lunches, and other allowed expenses, for all of the jurors in the above styled case from August 12, 2024 until they are dismissed.

**IT IS SO ORDERED,** this the 13th day of August, 2024.

s/Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE