# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

APRIL HEARD, *as Administrator of*
*The Estate of Derrickia Heard*,

    Plaintiff,

v.                                                       Case No. 2:20-cv-2335-MSN-cgc

MONIQUE THOMAS,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a unanimous verdict.

**IT IS THEREFORE ORDERED AND ADJUDGED** that a judgment in favor of Defendant Monique Thomas be entered in this case in accordance with the jury verdict returned on August 16, 2024. This case is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 30, 2024
Date

1